

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANMBREEN SHAH

        Plaintiff,        **JURY TRIAL**

V.                                      CIVIL ACTION NO

MIDLAND CREDIT MANAGEMENT INC.

Defendant.                                MARCH 17, 2010

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; and regulations issued thereunder; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in Branford, CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA., with a place of business at 8875 AERO DRIVE, SUITE 200, SAN DIEGO, CA 92123.

6. Defendant communicated with plaintiff on or about February 26, 2010 in connection with collection efforts with regard to Plaintiff's desists husbands disputed personal debt.

7. In the collection efforts, the defendant violated the FDCPA, § 1692e by misrepresenting the plaintiff's right to dispute a debt.

8. Defendant advised the Plaintiff that she was personally liable for her husbands disputed debt.

9. Defendant advised the Plaintiff that this debt will effect her credit history and reflect badly on her credit history.

10. Defendant advised the Plaintiff that they would put this account on a "cue" for the next 10 plus years if she did not satisfy her desist husbands debt.

11. Defendant advised the Plaintiff that her husband would not go to heaven if he had unpaid debt owed to them and that she didn't want to stand in the way of her desists husband going to heaven.

12. Defendants collection practices were intended to harass, embarrass and disgrace the plaintiff.

## Second Count.

13. The allegations of the First Count are repeated and realleged as if fully set forth herein.

14. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a et seq.

**WHEREFORE plaintiff respectfully requests this Court to:**

1. Award plaintiff such damages as are permitted by law including $1,000 statutory damages against the defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law may provide.

                                             THE PLAINTIFF

                                             BY _____

                                             Bernard T. Kennedy, Esquire
                                             157 Pine Orchard Road
                                             Branford, CT 06405
                                             (443) 607- 8901
                                             Fed. Bar # ct00680
                                             (443) 607-8903 Fax
                                             bernardtkennedy@yahoo.com